UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES CAWLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>RICARDO DE LA FUNTA, et. al.,<br><br>    Defendants. | NO. CV-08-0216-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS COMPLAINT |

On December 2, 2009, Magistrate Judge James P. Hutton issued a report (Ct. Rec. 33) recommending the Court **grant** defendant Yakima County's motion to dismiss the complaint (Ct. Rec. 29) due to plaintiff's apparent abandonment of the case. Objections to the report were due by December 21, 2009. The deadline has passed and no objections have been filed.

Based on the foregoing, the report and recommendation (Ct. Rec. 33) **is ADOPTED in its entirety**. Defendant's motion to **dismiss the complaint in its entirety with prejudice** (**Ct. Rec. 29**) is **GRANTED**.

///
///
///

ORDER ADOPTING REPORT AND
RECOMMENDATION TO DISMISS COMPLAINT - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to plaintiff and counsel for defendants, and **CLOSE the file**.

**DATED** this 4th day of January, 2010

                          s/Robert H. Whaley
                          ROBERT H. WHALEY
                    UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2009\CAWLEYOrd.adt RR.wpd

ORDER ADOPTING REPORT AND
RECOMMENDATION TO DISMISS COMPLAINT - 2